# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-2667

———————

James E. Wilson,                          *
                                          *
            Appellant,                    *
                                          *   Appeal from the United States
      v.                                  *   District Court for the
                                          *   Eastern District of Missouri.
Federal Bureau of Investigation;          *        [UNPUBLISHED]
City of St. Louis,                        *
                                          *
            Appellees.                    *

———————

Submitted: October 31, 2003

Filed:   November 14, 2003

———————

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

———————

PER CURIAM.

James Wilson appeals from the district court's[1] preservice dismissal of his civil suit. Upon de novo review, we conclude that dismissal was proper for the reasons stated by the district court. The judgment is affirmed. See 8th Cir. R. 47A(a). We also deny all pending motions.

————————————————

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.